**DISMISS and Opinion Filed February 15, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-01076-CV**

**YUELING RUAN, Appellant**

**V.**

**CHI-WEI WANG, Appellee**

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-52110-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Reichek, and Justice Goldstein
Opinion by Justice Reichek

Before the Court is appellant's notice of dismissal which we construe as a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE

221076F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

YUELING RUAN, Appellant

No. 05-22-01076-CV          V.

CHI-WEI WANG, Appellee

On Appeal from the 468th Judicial District Court, Collin County, Texas Trial Court Cause No. 468-52110-2022.

Opinion delivered by Justice Reichek. Chief Justice Burns and Justice Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CHI-WEI WANG recover his costs of this appeal from appellant YUELING RUAN.

Judgment entered February 15, 2023